```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                    WESTERN DIVISION
```

NICIE A. (SMITH) DILLEHAY                            Plaintiff

v.                      4:05CV00142 JLH

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                              Defendant

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge John F. Forster. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 22nd day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE